**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| DUSTIN M. KINNETT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 3:25-cv-208 |
| v. | : | |
| | : | Judge Thomas M. Rose |
| STATE OF OHIO *et al.*, | : | |
| | : | Magistrate Judge Caroline H. Gentry |
| Defendants. | : | |
| | : | |

---

**ENTRY AND ORDER DISMISSING CASE FOR WANT OF PROSECUTION
DUE TO PLAINTIFF'S FAILURE TO COMPLY WITH
THE JANUARY 12, 2026 ORDER**

---

On June 6, 2025, Plaintiff Dustin Kinnett ("Kinnett") filed a Complaint.  (Doc. No. 1.) On December 23, 2025, Magistrate Judge Caroline Gentry issued a Report and Recommendation ("R&R") (Doc. No. 30), recommending that the undersigned deny Kinnett's Motion to Proceed *in forma pauperis* and order him to pay the filing fee. (Doc. No. 30 at PageID 248.) Finding Magistrate Judge Gentry's R&R well-founded and noting no objections were filed thereto, the Court adopted the R&R and ordered Kinnett to pay the filing fee:

It is therefore **ORDERED** that:

1. Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 29) is **DENIED**;

2. Plaintiff shall pay the $405.00 filing fee within **30 days** of this Entry and Order; and

3. Plaintiff is placed on **NOTICE** that if he fails to timely pay the full filing fee, his case may be dismissed for failure to prosecute. *See* FED. R. CIV. P. 41(b); *see also Link v. Wabash R.R.*, 370 U.S. 626, 630–31 (1962).

1

(Doc. No. 31 at PageID 250–51.)

More than thirty days have now passed since the Court issued the Entry and Order, and Kinnett has not paid the $405 filing fee. Therefore, Kinnett failed to comply with the Court's Order. Thus, in accordance with the above admonishment, the Court dismisses this case for want of prosecution.

Accordingly, the Court **ORDERS** that this case is **DISMISSED** for want of prosecution due to Kinnett's failure to comply with the January 12, 2026 Entry and Order. The Clerk of Court is **DIRECTED** to terminate this case on the Court's docket and serve Kinnett with a copy of this Order.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, February 17, 2026.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE